UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | EDCV 21-00602-JWH (KKx) | Date | May 14, 2021 |
|---|---|---|---|
| Title | *Western Growers Association, et al. v. City of Coachella, et al.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Howard A. Sagaser | Christopher M. Pisano |

**Proceedings:** **VIDEO HEARING RE: DEFENDANTS' MOTION TO DISMISS [ECF No. 11] & PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [ECF No. 14]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. The Court takes the motions [ECF Nos. 11 & 14] under submission.

**IT IS SO ORDERED.**

Time: 00:48
Initials of Preparer: iv