# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN GROWERS ASSOCIATION; CALIFORNIA FRESH FRUIT ASSOCIATION; and GROWING COACHELLA VALLEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF COACHELLA; STEVEN HERNANDEZ; JOSIE GONZALEZ; MEGAN BEAMAN JACINTO; DENISE DELGADO; and NETALI GALARZA,<br><br>Defendant. | Case No. 5:21-cv-00602-JWH-KKx<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order filed concurrently herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 and 1441.

2. Defendants City of Coachella, Steven Hernandez, Josie Gonzalez, Megan Beaman Jacinto, Denise Delgado, and Netali Galarza shall have **JUDGMENT** in their favor, and against Plaintiffs Western Growers Association, California Fresh Fruit Association, and Growing Coachella Valley.

3. All claims for relief in Plaintiffs' Amended Complaint are **DISMISSED without leave to amend**. This action is **DISMISSED with prejudice**.

4. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 12, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE